UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| GLEN RUSHEFSKY, | : | 26-cv-8145 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| ABC HOLDCO, LLC, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Plaintiff having filed a letter notifying the Court that this matter has been settled in principle [Doc. No. 9],

IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice and without costs; provided, however, that within 60 days of the date of this Order any party may reinstate this action in writing; and

2. The Clerk of Court is directed to change the caption on ECF as set forth above.

Dated: New York, New York
November 12, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.